Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−11998−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Donald N Johnson
    17 Cornwall Avenue
    Trenton, NJ 08618

Social Security No.:
    xxx−xx−8857

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 9, 2023.

Dated: November 9, 2023
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Donald N Johnson  
    Debtor

Case No. 23-11998-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Nov 09, 2023     Form ID: plncf13     Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donald N Johnson, 17 Cornwall Avenue, Trenton, NJ 08618-3317 |
| 519859662 | + | American Water Resources, P.O. Box 4080, Carol Stream, IL 60197-4080 |
| 519859665 | | Capital Health Medical Group DBA Capital, PO Box 19000, Belfast, ME 04915 |
| 519859670 | + | Cooper, PO Box 22302, New York, NY 10087-0001 |
| 519859671 | + | Cooper Pest Solutions, PO Box 22302, New York, NY 10087-0001 |
| 519889165 | + | TRENTON WATER WORKS, CITY OF TRENTON, 319 EAST STATE ST., ROOM 113, TRENTON NJ 08608-1809 |
| 519859678 | + | Trenton Times, 413 Riverview Plaza, Trenton, NJ 08611-3420 |
| 519859679 | | Trenton Water Works, 333 Cortland Street, P.O. Box 528, Trenton, NJ 08604-0528 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 09 2023 23:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 09 2023 23:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519859659 | + | Email/Text: amscbankruptcy@adt.com | Nov 09 2023 23:49:00 | ADT, 3190 S Vaughn Way, Aurora, CO 80014-3512 |
| 519859660 | + | Email/Text: amscbankruptcy@adt.com | Nov 09 2023 23:49:00 | ADT Security Services, PO Box 371878, Pittsburgh, PA 15250-7878 |
| 519859661 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 09 2023 23:49:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 519859663 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 09 2023 23:49:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519883964 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 09 2023 23:49:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519859664 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 09 2023 23:49:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519859666 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 09 2023 23:58:31 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519859667 | + | Email/Text: clientservices@credit-control.com | Nov 09 2023 23:49:00 | Central Loan, Attn: Bankruptcy, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 519859672 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 09 2023 23:49:00 | Internal Revenue Service, 955 South Springfield Avenue, Springfield, NJ 07081 |
| 519859668 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 09 2023 23:58:31 | Chase, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519859669 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 09 2023 23:58:28 | Chase Card Services, Attn: Bankruptcy, P.O. |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 15298, Wilmington, DE 19850 |
| 519881472 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com Nov 09 2023 23:49:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519859673 | + | Email/Text: PBNCNotifications@peritusservices.com Nov 09 2023 23:49:00 | | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519885635 | ^ | MEBN Nov 09 2023 23:45:31 | | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519859674 | + | Email/Text: nsm_bk_notices@mrcooper.com Nov 09 2023 23:49:00 | | Mr Cooper/United Wholesale Mortgage, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 519894010 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2023 23:58:28 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519950758 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2023 23:58:28 | | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519859675 | ^ | MEBN Nov 09 2023 23:45:11 | | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519859676 | ^ | MEBN Nov 09 2023 23:45:30 | | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 519859677 | + | Email/Text: bankruptcydepartment@tsico.com Nov 09 2023 23:49:00 | | Transworld Systems Inc, 500 Virginia Drive Suite 514, Fort Washington, PA 19034-2733 |
| 519859680 | | Email/Text: bankruptcies@uplift.com Nov 09 2023 23:49:00 | | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 519908888 | + | Email/PDF: ebn_ais@aisinfo.com Nov 09 2023 23:58:27 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519859681 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 09 2023 23:49:00 | | Verizon, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |
| 519859683 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Nov 09 2023 23:58:23 | | Wells Fargo Home Mortgage, Attn: Written Correspondence, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519859682 | | Wells Fargo Hm Mortgag |
| 519870565 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519881473 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 09, 2023 | Form ID: plncf13 | Total Noticed: 34 |

Date: Nov 11, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Donald N Johnson njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4