| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-11998 / MBK**

Donald N Johnson

Petition Filed Date: 03/13/2023
341 Hearing Date: 04/20/2023
Confirmation Date: 11/08/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/17/2023 | $383.74 | 91726390 | 05/24/2023 | $383.74 | 91828670 | 10/18/2023 | $256.00 | |
| 10/23/2023 | $900.00 | 4200364 | 11/20/2023 | $256.00 | | 12/20/2023 | $256.00 | |
| 01/23/2024 | $256.00 | | | | | | | |

**Total Receipts for the Period:  $2,691.48    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $2,691.48**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Donald N Johnson | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,300.00 | $2,007.02 | $292.98 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2019-2021 TAX PERIODS | Priority Creditors | $12,345.42 | $0.00 | $12,345.42 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2018 TAX PERIOD | Unsecured Creditors | $6,559.59 | $0.00 | $6,559.59 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $13,939.11 | $0.00 | $13,939.11 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $7,077.29 | $0.00 | $7,077.29 |
| 5 | BANK OF AMERICA | Unsecured Creditors | $8,252.91 | $0.00 | $8,252.91 |
| 6 | LAKEVIEW LOAN SERVICING, LLC<br>»» P/17 CORNWELL AVE/1ST MTG/ORDER 6/1/23 | Mortgage Arrears | $20,429.44 | $0.00 | $20,429.44 |
| 7 | TRENTON WATER WORKS<br>»» 17 CORNWALL AVE/WATER & SEWER | Secured Creditors | $534.40 | $0.00 | $534.40 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $2,727.17 | $0.00 | $2,727.17 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $11,280.78 | $0.00 | $11,280.78 |
| 10 | Verizon by American InfoSource as Agent | Unsecured Creditors | $58.02 | $0.00 | $58.02 |
| 11 | Verizon by American InfoSource as Agent | Unsecured Creditors | $419.38 | $0.00 | $419.38 |

**Chapter 13 Case No. 23-11998 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,691.48 | Plan Balance: | $36,892.00 ** |
| Paid to Claims: | $2,007.02 | Current Monthly Payment: | $380.00 |
| Paid to Trustee: | $214.96 | Arrearages: | $372.00 |
| Funds on Hand: | $469.50 | Total Plan Base: | $39,583.48 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.