| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**LAW OFFICES OF SKLAR SMITH-SKLAR**<br>1901 N. Olden Avenue, Suite 22<br>Ewing, New Jersey 08618<br>Phone: (609) 882-9800 Fax: (609) 538-1399<br>CANDYCE I. SMITH-SKLAR, ESQ<br>*Attorney for Debtor*<br><br>In Re:<br>Donald Johnson | Case No.: 23-11998-MBK<br><br>Adv. No.: _____<br><br>Hearing Date: 3/27/24; 10:00am<br><br>Judge: Michael B. Kaplan |

### CERTIFICATION OF SERVICE

1. I, Candyce Smith-Sklar;

   x represent the <u>Debtor's</u> in the above-captioned matter.

   ❏ am the secretary/paralegal for _____, who represent the _____ in the above captioned matter.

   ❏ am the _____ in the above case and am representing myself.

2. On 02/26/2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: **I served the modified Plan on the creditors below.**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 02/27/2024                           /s/ Candyce Smith-Sklar
                                                             Signature

| Name and Address of Party Served | Relationship of Party to the case | Mode of Service |
|---|---|---|
| Albert Russo, Esq.<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| U.S. Trustee<br>1 Newark Center STE 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Donald N Johnson<br>17 Cornwall Avenue<br>Trenton, NJ 08618 | Debtor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Lakeview Loan Servicing, LLC<br>c/o M&T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Mr. Cooper/ United Wholesale Mortgage<br>Attn: Bankruptcy<br>PO Box 619098<br>Dallas, TX 75261<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |

| | | |
|---|---|---|
| KML Law Group<br>701 Market Street Ste 5000<br>Philadelphia, PA 19106<br>ATTN: Denise Carlon, Esq.<br>Attorney for Lakeview Loan Servicing | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| All Creditors and Creditor Matrix | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |

   * May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.