Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−11998−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Donald N Johnson
   17 Cornwall Avenue
   Trenton, NJ 08618

Social Security No.:
   xxx−xx−8857

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 6, 2023.

On February 26, 2024 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:        March 27, 2024
Time:        10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 27, 2024
JAN: mmf

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                        Case No. 23-11998-MBK

Donald N Johnson                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                             Page 1 of 3

Date Rcvd: Feb 27, 2024                   Form ID: 185                          Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donald N Johnson, 17 Cornwall Avenue, Trenton, NJ 08618-3317 |
| 519859662 | + | American Water Resources, P.O. Box 4080, Carol Stream, IL 60197-4080 |
| 519859665 | | Capital Health Medical Group DBA Capital, PO Box 19000, Belfast, ME 04915 |
| 519859670 | + | Cooper, PO Box 22302, New York, NY 10087-0001 |
| 519859671 | + | Cooper Pest Solutions, PO Box 22302, New York, NY 10087-0001 |
| 519889165 | + | TRENTON WATER WORKS, CITY OF TRENTON, 319 EAST STATE ST., ROOM 113, TRENTON NJ 08608-1809 |
| 519859678 | + | Trenton Times, 413 Riverview Plaza, Trenton, NJ 08611-3420 |
| 519859679 | | Trenton Water Works, 333 Cortland Street, P.O. Box 528, Trenton, NJ 08604-0528 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 27 2024 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 27 2024 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519859659 | + | Email/Text: amscbankruptcy@adt.com | Feb 27 2024 21:05:00 | ADT, 3190 S Vaughn Way, Aurora, CO 80014-3512 |
| 519859660 | + | Email/Text: amscbankruptcy@adt.com | Feb 27 2024 21:05:00 | ADT Security Services, PO Box 371878, Pittsburgh, PA 15250-7878 |
| 519859661 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 27 2024 21:05:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 519859663 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 27 2024 21:03:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519883964 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 27 2024 21:03:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519859664 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 27 2024 21:05:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519859666 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2024 20:58:12 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519859667 | + | Email/Text: clientservices@credit-control.com | Feb 27 2024 21:05:00 | Central Loan, Attn: Bankruptcy, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 519859672 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 27 2024 21:04:00 | Internal Revenue Service, 955 South Springfield Avenue, Springfield, NJ 07081 |
| 519859668 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 27 2024 21:17:52 | Chase, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519859669 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 27 2024 20:57:14 | Chase Card Services, Attn: Bankruptcy, P.O. |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 15298, Wilmington, DE 19850 |
| 519881472 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com Feb 27 2024 21:04:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519859673 | + | Email/Text: PBNCNotifications@peritusservices.com Feb 27 2024 21:04:00 | | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519885635 | ^ | MEBN | Feb 27 2024 20:48:02 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519859674 | + | Email/Text: nsm_bk_notices@mrcooper.com Feb 27 2024 21:04:00 | | Mr Cooper/United Wholesale Mortgage, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 519894010 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2024 20:57:20 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519950758 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2024 21:16:40 | | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519859675 | ^ | MEBN | Feb 27 2024 20:47:30 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519859676 | ^ | MEBN | Feb 27 2024 20:47:45 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 519859677 | + | Email/Text: bankruptcydepartment@tsico.com Feb 27 2024 21:05:00 | | Transworld Systems Inc, 500 Virginia Drive Suite 514, Fort Washington, PA 19034-2733 |
| 519859680 | | Email/Text: bankruptcies@uplift.com Feb 27 2024 21:04:00 | | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 519908888 | + | Email/PDF: ebn_ais@aisinfo.com Feb 27 2024 20:57:56 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519859681 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 27 2024 21:03:00 | | Verizon, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |
| 519859683 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Feb 27 2024 21:16:14 | | Wells Fargo Home Mortgage, Attn: Written Correspondence, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519859682 | | Wells Fargo Hm Mortgag |
| 519870565 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519881473 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 27, 2024 | Form ID: 185 | Total Noticed: 34 |

Date: Feb 29, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Donald N Johnson njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4