UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing, LLC

**Order Filed on March 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Donald N Johnson
Debtor

Case No.: 23-11998 MBK

Hearing Date: 2/28/2024 @ 9am

Judge: Michael B. Kaplan

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 14, 2024**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**(Page 2)**
Debtosr:  Donald N Johnson
Case No:  23-11998 MBK
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

    This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Lakeview Loan Servicing, LLC, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 17 Cornwall Avenue, Trenton, NJ, 08618, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Candyce Ilene Smith-Sklar, Esq., attorney for Debtor, and for good cause having been shown

    It is **ORDERED, ADJUDGED and DECREED** that as of March 1, 2024, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due April 202023 through February 2024 for a total post-petition default of $23,227.38(7 @ $1,886.99; 5 @ $2,003.69); and

    It is further **ORDERED, ADJUDGED and DECREED** that Stay Relief is granted effective April 1, 2024; and

    It is further **ORDERED, ADJUDGED and DECREED** that this motion is hereby resolved.