| American Land Title Association | | ALTA Settlement Statement - Combined |
|---|---|---|
| | | Adopted 05-01-2015 |

| File No./Escrow No.: 167322RS-01 | RealSafe Title, LLC |
|---|---|
| Print Date & Time: 04/29/24 3:23 PM | ALTA Universal ID: 1184462 |
| Officer/Escrow Officer: Mary Jo Ricca | 20 Kings Highway West |
| Settlement Location: | Haddonfield, NJ 08033 |
| Angelo S. Ferrante, Esq. | |
| 795 Parkway Avenue, A-3 | |
| Trenton, NJ 08618 | |



| | |
|---|---|
| Property Address: | Block 35901, Lot 3 (X Lot 4), Trenton City, in Mercer County, NJ |
| | 17 Cornwall Avenue |
| | Trenton, NJ 08618 |
| Borrower: | Craig F Burnett and Monique Beasley |
| | 17 Cornwall Avenue |
| | Trenton, NJ 08618 |
| Seller: | Donald Johnson |
| | 17 Cornwall Avenue |
| | Trenton, NJ 08618 |
| Lender: | CMG Mortgage Inc. ISAOA, 3160 Crow Canyon Rd. Suite 400, San Ramon, CA, 94583 |
| Loan Number: | RTS000003100 |
| Settlement Date: | 04/29/2024 |
| Disbursement Date: | |
| Additional dates per state requirements: | |

| | | | | | |
|---|---|---|---|---|---|
| | | | **Financial** | | |
| | | $320,000.00 | Sale Price of Property | $320,000.00 | |
| | | | Deposit | | $23,000.00 |
| | | | Loan Amount | | $314,204.00 |
| | | | **Prorations/Adjustments** | | |
| | | $1,483.03 | City/town taxes from 04/30/2024 thru 06/30/2024 | $1,483.03 | |
| | $450.00 | | Seller Concession | | $450.00 |
| | $10,000.00 | | Partial proceeds to seller per order to Donald Johnson | | |
| | $44,376.64 | | Proceeds to Chapter 13 Trustee to Albert Russo, Trustee | | |
| | | | **Loan Charges to CMG Mortgage Inc. ISAOA** | | |
| | | | Application Fees | $1,520.00 | |
| | | | 0.338% of Loan Amount (Points) | $1,062.01 | |
| | | | Prepaid Interest $60.26 per day from 04/29/2024 to 05/01/2024 | $120.52 | |
| | | | **Other Loan Charges** | | |
| | | | Credit Report | $170.00 | |

| | | | |
|---|---|---|---|
| | | Appraisal Re-inspection Fee | $150.00 |
| | | MIP | $5,404.00 |
| | | **Impounds** | |
| | | Homeowner's Insurance $121.58 per month for 3 mo. | $364.74 |
| | | Property Taxes $725.57 per month for 3 mo. | $2,176.71 |
| | | **Title Charges & Escrow / Settlement Charges** | |
| | | Title - ALTA 8.1-06 Enh to RealSafe Title, LLC - TRUST | |
| | | Title - ALTA 9.10-06 Enh to RealSafe Title, LLC - TRUST | |
| | | Title - Closing / Settlement Fee to RealSafe Title, LLC - TRUST | $250.00 |
| | | Title - Closing Protection Letter(CPL) to RealSafe Title, LLC - TRUST | $75.00 |
| | | Title - County Search & Copies to RealSafe Title, LLC - TRUST | $126.00 |
| | | Title - E-Doc Fee to RealSafe Title, LLC - TRUST | $50.00 |
| | | Title - Overnight Fees to RealSafe Title, LLC - TRUST | $10.50 |
| | | Title - Prepare/Record Notice of Settl to RealSafe Title, LLC - TRUST | $40.00 |
| | | Title - Recording Service Fee - Mtg. to RealSafe Title, LLC - TRUST | $15.00 |
| | | Title - Survey Endorsement to RealSafe Title, LLC - TRUST | $25.00 |
| | | Title - Tax Search to RealSafe Title, LLC - TRUST | $46.20 |
| | | Title - Title Examination to RealSafe Title, LLC - TRUST | $100.00 |
| | | Title - Transaction Platform Fee to RealSafe Title, LLC - TRUST | $20.00 |
| | | Title - Upper Crt / US Patriot Search to RealSafe Title, LLC - TRUST | $42.00 |
| $250.00 | | Title - Wire Fee to RealSafe Title, LLC - TRUST | $4.50 |
| | | Title - Closing / Settlement Fee to RealSafe Title, LLC - TRUST | |
| $10.00 | | Title - Outgoing Wire Fee to RealSafe Title, LLC - TRUST | |
| | | Title - Overnight Fees - HOI Premium to RealSafe Title, LLC - TRUST | $10.50 |
| | | Title - Lender's Title Insurance($1,727.00) to RealSafe Title, LLC - TRUST | $25.00 |
| | | Title - Tidelands Search to RealSafe Title, LLC - TRUST | $35.00 |
| | | Title - Owner's Title Insurance($50.00) to RealSafe Title, LLC - TRUST | $1,752.00 |
| | | **Government Recording and Transfer Charges** | |
| | | Recording Fee (Deed) to County Clerk | $100.00 |
| | | Recording Fee (Mortgage) to County Clerk | $180.00 |
| | | NJ Mansion Tax to County Clerk | |
| $1,871.00 | | Transfer Tax to County Clerk | |
| $30.00 | | Order to sell | |

| | | | | |
|---|---|---|---|---|
| | | **Payoff(s)** | | |
| $242,348.91 | | Lender: Payoff of First Mortgage Loan to KML Law Group, P.C. | | |
| | | Total ($242,348.91) | | |
| | | **Miscellaneous** | | |
| | | Notary to Caroline Miller | | |
| $15.00 | | Notary to Caroline Miller | $25.00 | |
| | | Homeowner's Insurance Premium to AAA Appraisals | $1,459.00 | |
| $2,176.70 | | 2024 2nd Q taxes to Trenton City TAX COLLECTOR | | |
| | | Attorney Fee Buyer to Angelo S. Ferrante, Esq. | $1,450.00 | |
| $1,100.00 | | Attorney Fee Seller to Candace Smith Sklar | | |
| $9,600.00 | | Commission-Listing to BHHS Fox & Roach Hopewell Valley | | |
| $8,000.00 | | Commission-Selling to Coldwell Banker Preferred | | |
| $600.00 | | Final water/sewer escrow to RealSafe Title, LLC - ESCROW | | |
| | | Flat Commission to Coldwell Banker Preferred | $395.00 | |
| $654.78 | | Water and Sewer - Past Due to Trenton Water Works | | |
| $321,483.03 | $321,483.03 | Subtotals | $338,686.71 | $337,654.00 |
| | | Due **From** Borrower | | $1,032.71 |
| | | Due **From** Seller | | |
| $321,483.03 | $321,483.03 | Totals | $338,686.71 | $338,686.71 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize RealSafe Title, LLC to cause the funds to be disbursed in accordance with this statement.

_____   4/29/24
Craig F Burnett              Date

_____   4/29/24
Donald Johnson               Date

_____   4/29/24
Monique Beasley              Date

_____   4/29/24
Mary Jo Ricca                Date