|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**LAW OFFICES OF SKLAR SMITH-SKLAR**<br>1901 N. Olden Avenue, Suite 22<br>Ewing, New Jersey 08618<br>Phone: (609) 882-9800 Fax: (609) 538-1399<br>CANDYCE I. SMITH-SKLAR, ESQ<br>*Attorney for Debtor*<br><br>In Re:<br><br>Donald N Johnson | Case No.:  No. **23-11998-MBK**<br><br>Adv. No.:  _____<br><br>Hearing Date: 07/10/2024; 9:00am<br><br>Chief Judge:  Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1.  I, Candyce Smith-Sklar;

    x represent the Debtor's in the above-captioned matter.

    ❏ am the secretary/paralegal for_____, who represent the

    _____ in the above captioned matter.

    ❏ am the_____ in the above case and am representing myself.

2.  On 05/21/2024, I sent a copy of the following pleadings and/or

    documents to the parties listed in the chart below: **I served the Notice Motion and Motion to Modify/Expunge unsecured claim 2-1 of JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A.**

3.  I hereby certify under penalty of perjury that the above documents were sent using the

    mode of service indicated.

Dated: 05/22/2024                                   /s/ *Candyce I. Smith-Sklar, Esq.*
                                                        Signature

| Name and Address of Party Served | Relationship of Party to the case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| U.S. Trustee<br>1 Newark Center STE 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Donald Johnson<br>17 Cornwall Avenue<br>Trenton NJ,08618 | Debtor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| JPMorgan Chase Bank, N. A.<br>c/o National Bankruptcy Services<br>P.O. Box 9013<br>Addison, TX 75001<br>ATTN: CEO/MANAGING AGENT | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>x Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| All Creditors and Creditor Matrix | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.