Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtor, Donald N Johnson

**Order Filed on May 22, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | | |
|---|---|---|
| **In the Matter of**: | } | Case No. 23-11998-MBK |
| | } | Chapter 13 |
| **Donald N Johnson** | } | |
| | } | Hearing Date: 05/22/2024; 9:00 AM |
| | } | Oral Argument Waived Unless |
| **Debtor(s)** | } | Objections Are Filed |

## ORDER PURSUANT TO NOTICE OF MOTION TO MODIFY/EXPUNGE CLAIM No.: 8-1 OF PORTFOLIO RECOVERY ASSOCIATES, LLC

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: May 22, 2024**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

The attorney for the Debtor having filed a motion to reclassify/expunge claim 8-1 of Portfolio Recovery Associates, LLC, in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances,

It is hereby ORDERED AND DIRECTED that the Proof of Claim No.: 8-1, filed by Portfolio Recovery Associates, LLC, is hereby expunged since debtor settled the matter and, thereafter there was a charge off of the deficiency debt; and

IT IS FURTHER ORDERED that any lien of Portfolio Recovery Associates, LLC, presently in existence is hereby void and canceled of record; and

IT IS FURTHER ORDERED that the movant shall serve copies of this order on the Debtor, and trustee and any other party who entered an appearance, on this motion.