UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, New Jersey 08618
Phone: (609) 882-9800 Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ
*Attorney for Debtor*

In Re:

Donald N Johnson

Case No.: No. **23-11998-MBK**

Adv. No.: _____

Hearing Date: 07/10/2024; 9:00am

Chief Judge: Michael B. Kaplan

## CERTIFICATION OF SERVICE

1. I, Candyce Smith-Sklar;

   x represent the Debtor's in the above-captioned matter.

   ❏ am the secretary/paralegal for_____, who represent the

   _____ in the above captioned matter.

   ❏ am the_____ in the above case and am representing myself.

2. On 05/22/2024, I sent a copy of the following pleadings and/or

   documents to the parties listed in the chart below: **I served the Notice Motion and Motion to Modify/Expunge unsecured claim 4-1 of Bank of America, N.A.**

3. I hereby certify under penalty of perjury that the above documents were sent using the

   mode of service indicated.

Dated: 05/22/2024

/s/ *Candyce I. Smith-Sklar, Esq.*
Signature

| Name and Address of Party Served | Relationship of Party to the case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| U.S. Trustee<br>1 Newark Center STE 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Donald Johnson<br>17 Cornwall Avenue<br>Trenton NJ,08618 | Debtor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Bank of America, N.A.<br>P.O. Box 673033<br>Dallas, TX 75267<br>ATTN: CEO/MANAGING AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>x Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| All Creditors and Creditor Matrix | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
|  |  |  |

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.