Law Offices of Sklar Smith-Sklar, LLC
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtor, Donald N Johnson

**Order Filed on May 22, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | | |
|---|---|---|
| **In the Matter of**: | } | Case No. 23-11998-MBK |
| | } | Chapter 13 |
| **Donald N Johnson** | } | |
| | } | Hearing Date: 05/22/2024; 9:00 AM |
| | } | Oral Argument Waived Unless |
| **Debtor(s)** | } | Objections Are Filed |

**ORDER PURSUANT TO NOTICE OF MOTION TO MODIFY/EXPUNGE CLAIM No.: 2-1**

**OF JPMORGAN CHASE BANK, N. A. S/B/M/T CHASE BANK USA, N. A.**

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: May 22, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

The attorney for the Debtor having filed a motion to reclassify/expunge claim 2-1 of JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. , in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances,

It is hereby ORDERED AND DIRECTED that the Proof of Claim No.: 2-1, filed by JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. , is hereby expunged since debtor settled the matter and thereafter there was a charge off of the deficiency debt; and

IT IS FURTHER ORDERED that any lien of JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A., presently in existence is hereby void and canceled of record; and

IT IS FURTHER ORDERED that the movant shall serve copies of this order on the Debtor, and trustee and any other party who entered an appearance, on this motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                          Case No. 23-11998-MBK
Donald N Johnson                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 1
Date Rcvd: May 22, 2024            Form ID: pdf903            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Donald N Johnson, 17 Cornwall Avenue, Trenton, NJ 08618-3317 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2024            Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Donald N Johnson njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4