Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtor, Donald Johnson

**Order Filed on June 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# IN THE UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | |
|---|---|
| **In the Matter of**: | Case No.: 23-11998 |
| Donald Johnson | Chapter: 13 |
| | Chief Judge: Michael B. Kaplan |
| **Debtor(s)** | |

## AMENDED ORDER TO APPROVE DISBURSEMENT OF EXEMPT PROCEEDS TO DEBTOR FOR SALE OF PROPERTY

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: June 12, 2024**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

1

**Debtor:** Donald Johnson

**Case No.:** 23-11998-MBK

**Caption of Order:** Order to Approve Disbursement of exempt Proceeds from sale of property

The attorney for the Debtor having filed a Notice of Motion to Approve Disbursement of exempt proceeds from sale of property in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances, it is hereby:

**ORDERED** that :

1. The net proceeds from the sale of property located at 17 Cornwall Ave., Trenton, NJ in the amount of $44, 376.64 are to be disbursed in the following manner:
    a. Debtor has received a disbursement of $10,000 at closing of the $27,900 in exemptions.
    b. Debtor to receive a remaining disbursement of the exempt proceeds in the amount of $17,900.

2. The remaining non-exempt proceeds will be disbursed to the Trustee to be distributed to all remaining administrative, secured, priority and general unsecured creditors.