Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtor, Donald Johnson

**Order Filed on June 12, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

# IN THE UNITED STATES BANKRUPTCY COURT
## District of New Jersey

**In the Matter of**:  }   Case No.:  23-11998

Donald Johnson  }   Chapter:  13

}   Chief Judge:  Michael B. Kaplan

**Debtor(s)**  }


# AMENDED ORDER TO APPROVE DISBURSEMENT OF EXEMPT PROCEEDS TO DEBTOR FOR SALE OF PROPERTY

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: June 12, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

**Debtor:** Donald Johnson

**Case No.:** 23-11998-MBK

**Caption of Order:** Order to Approve Disbursement of exempt Proceeds from sale of property

The attorney for the Debtor having filed a Notice of Motion to Approve Disbursement of exempt proceeds from sale of property in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances, it is hereby:

**ORDERED** that :

1. The net proceeds from the sale of property located at 17 Cornwall Ave., Trenton, NJ in the amount of $44, 376.64 are to be disbursed in the following manner:
   a. Debtor has received a disbursement of $10,000 at closing of the $27,900 in exemptions.
   b. Debtor to receive a remaining disbursement of the exempt proceeds in the amount of $17,900.

2. The remaining non-exempt proceeds will be disbursed to the Trustee to be distributed to all remaining administrative, secured, priority and general unsecured creditors.

United States Bankruptcy Court
District of New Jersey

In re:  
Donald N Johnson  
    Debtor

Case No. 23-11998-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1  
Date Rcvd: Jun 12, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Donald N Johnson, 17 Cornwall Avenue, Trenton, NJ 08618-3317 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 14, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Donald N Johnson njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4