Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtor, Donald N Johnson

Order Filed on July 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **In the Matter of**: | Case No. 23-11998-MBK |
| | Chapter 13 |
| **Donald N Johnson** | |
| | Hearing Date: 05/22/2024; 9:00 AM |
| | Oral Argument Waived Unless |
| **Debtor(s)** | Objections Are Filed |

### ORDER PURSUANT TO NOTICE OF MOTION TO MODIFY/EXPUNGE CLAIM No.: 4-1 OF BANK OF AMERICA, N. A.

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: July 12, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

The attorney for the Debtor having filed a motion to reclassify/expunge claim of Bank of America, N.A., in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances,

It is hereby ORDERED AND DIRECTED that the Proof of Claim No.: 4-1, filed by Bank of America, N.A., is hereby expunged since debtor settled the matter and thereafter there was a charge off of the deficiency debt; and

IT IS FURTHER ORDERED that any lien of Bank of America, N.A., presently in existence is hereby void and canceled of record; and

IT IS FURTHER ORDERED that the movant shall serve copies of this order on the Debtor, and trustee and any other party who entered an appearance, on this motion.