Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−11998−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Donald N Johnson
   17 Cornwall Avenue
   Trenton, NJ 08618

Social Security No.:
   xxx−xx−8857

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 29, 2024.

Dated: July 29, 2024
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-11998-MBK
Donald N Johnson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Jul 29, 2024  Form ID: plncf13  Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Donald N Johnson, 17 Cornwall Avenue, Trenton, NJ 08618-3317 |
| r | + | Kimberly Storcella, Berkshire Hathaway Home Service, 800 Denow Road, Pennington, NJ 08534-5246 |
| 519859662 | + | American Water Resources, P.O. Box 4080, Carol Stream, IL 60197-4080 |
| 519859665 | | Capital Health Medical Group DBA Capital, PO Box 19000, Belfast, ME 04915 |
| 519859670 | + | Cooper, PO Box 22302, New York, NY 10087-0001 |
| 519859671 | + | Cooper Pest Solutions, PO Box 22302, New York, NY 10087-0001 |
| 519889165 | + | TRENTON WATER WORKS, CITY OF TRENTON, 319 EAST STATE ST., ROOM 113, TRENTON NJ 08608-1809 |
| 519859678 | + | Trenton Times, 413 Riverview Plaza, Trenton, NJ 08611-3420 |
| 519859679 | | Trenton Water Works, 333 Cortland Street, P.O. Box 528, Trenton, NJ 08604-0528 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 29 2024 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 29 2024 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519859659 | + | Email/Text: amscbankruptcy@adt.com | Jul 29 2024 20:39:00 | ADT, 3190 S Vaughn Way, Aurora, CO 80014-3512 |
| 519859660 | + | Email/Text: amscbankruptcy@adt.com | Jul 29 2024 20:39:00 | ADT Security Services, PO Box 371878, Pittsburgh, PA 15250-7878 |
| 519859661 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 29 2024 20:39:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 519859663 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 29 2024 20:38:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519883964 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 29 2024 20:38:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519859664 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 29 2024 20:38:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519859667 | | Email/Text: correspondence@credit-control.com | Jul 29 2024 20:38:00 | Central Loan, Attn: Bankruptcy, P.O. Box 77404, Ewing, NJ 08628 |
| 519859666 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 29 2024 20:40:46 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519859672 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 29 2024 20:38:00 | Internal Revenue Service, 955 South Springfield Avenue, Springfield, NJ 07081 |
| 519859668 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2024 | Form ID: plncf13 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 29 2024 20:40:49 | Chase, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519859669 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 29 2024 20:40:47 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519881472 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 29 2024 20:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519859673 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 29 2024 20:38:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519885635 | | ^ MEBN | Jul 29 2024 20:33:46 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519859674 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2024 20:38:00 | Mr Cooper/United Wholesale Mortgage, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 519894010 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2024 20:40:47 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519950758 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2024 20:40:31 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519859675 | | ^ MEBN | Jul 29 2024 20:33:34 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519859676 | | ^ MEBN | Jul 29 2024 20:33:32 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 519859677 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 29 2024 20:39:00 | Transworld Systems Inc, 500 Virginia Drive Suite 514, Fort Washington, PA 19034-2733 |
| 519859680 | | Email/Text: bankruptcies@uplift.com | Jul 29 2024 20:38:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 519908888 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 29 2024 20:40:33 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519859681 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 29 2024 20:38:00 | Verizon, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |
| 519859683 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 29 2024 20:40:40 | Wells Fargo Home Mortgage, Attn: Written Correspondence, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519859682 | | Wells Fargo Hm Mortgag |
| 519870565 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519881473 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2024 | Form ID: plncf13 | Total Noticed: 35 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 31, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Donald N Johnson njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4